UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DONALD BARRETTE,

     Plaintiff,

-vs-                          CASE NO.:  4:16-CV-00189-CDL

SYNCHRONY BANK,

     Defendant

_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, DONALD BARRETTE, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, DONALD BARRETTE, and Defendants, SYNCHRONY BANK, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.   Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

     I hereby certify that on October 21, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Monica K. Gilroy, Esquire, Gilroy Bailey Trumble, 3780 Mansell Road, Suite 140, Alpharetta, GA   30022 (monica.gilroy@gilroyfirm.com); Robert M. Luck, III, Reed Smith LLP, Riverfront Plaza - West Tower 901 East Byrd Street, Suite 1700, Richmond, VA  23219-4068 (rluck@reedsmith.com)

and  Michael Pfeuffer, Reed Smith LLP, Global Customer Centre 20 Stanwix Street, Suite 1200,

Pittsburgh, PA  15222 (mpfeuffer@reedsmith.com).

*/s/Frank H. Kerney, III, Esquire*

Frank H. Kerney, III, Esquire
*Admitted Pro Hac Vice*
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
cfallara@forthepeople.com
Counsel for Plaintiff
