UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DONALD BARRETTE,

    Plaintiff,

-vs-                                CASE NO.: 4:16-CV-00189-CDL

SYNCHRONY BANK,

    Defendant
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Donald Barrett, and the Defendant, Synchrony Bank, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

| | |
|---|---|
| */s/Frank H. Kerney, III* | */s/Monica K. Gilroy* |
| Frank H. Kerney, III, Esquire | Monica K. Gilroy, Esquire |
| *Admitted Pro Hac Vice* | Georgia Bar No.: 427520 |
| Morgan & Morgan, Tampa, P.A. | Gilroy Bailey Trumble |
| One Tampa City Center | 3780 Mansell Road, Suite 140 |
| Tampa, FL 33602 | Alpharetta, GA 30022 |
| Tele: (813) 223-5505 | Tele: (678) 280-1922 |
| Fax: (813) 223-5402 | Fax: (678) 280-1923 |
| Attorney for Plaintiff | monica.gilroy@gilroyfirm.com |
| | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Monica K. Gilroy, Esquire, Gilroy Bailey Trumble, 3780 Mansell Road, Suite 140, Alpharetta, GA  30022 (monica.gilroy@gilroyfirm.com); Robert M. Luck, III, Reed Smith LLP, Riverfront Plaza - West Tower 901 East Byrd Street, Suite 1700, Richmond, VA  23219-4068 (rluck@reedsmith.com) and  Michael Pfeuffer, Reed Smith LLP, Global Customer Centre 20 Stanwix Street, Suite 1200, Pittsburgh, PA  15222 (mpfeuffer@reedsmith.com).

/s/Frank H. Kerney, III
Frank H. Kerney, III, Esquire
*Admitted Pro Hac Vice*